**Dismissed and Opinion Filed May 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01427-CV

### GRACE (KATIE) CROCKETT, Appellant
### V.
### PAT MILLIKEN, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02160-2013**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Molberg

We reinstate this appeal. This case was abated on January 21, 2014 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was dismissed on February 4, 2014, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).

131427f.p05

/Ken Molberg//
KEN MOLBERG
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GRACE (KATIE) CROCKETT, Appellant

No. 05-13-01427-CV     V.

PAT MILLIKEN, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-02160-2013.
Opinion delivered by Justice Molberg. Justices Goldstein and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 6th day of May, 2021.